912

No. 04–8452.  BLACKSHEAR *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 04–8457.  JIMENEZ *v.* MENDEZ, WARDEN.  C. A. 3d Cir. Certiorari denied.

No. 04–8460.  DUSENBERRY *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 04–8472.  BROWN *v.* INTERNAL REVENUE SERVICE ET AL. C. A. 5th Cir.  Certiorari denied.

No. 04–8474.  ALVAREZ *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 04–8476.  POLLARD *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 04–8482.  BIBB *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–8488.  YOUNG *v.* MCKELVY, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 04–8489.  CAMACHO ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 04–8502.  JOHNSON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 04–8509.  BARREIRO *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 04–8510.  ALFORD *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 04–8522.  MASON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–8523.  RODRIGUEZ-MARRERO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 04–8539.  SANCHES MONTES, AKA MONTES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–8543.  SAWYERS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.